IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL BRADBERRY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DOYLESTOWN BOROUGH, et al. | : | NO. 13-7032 |

ORDER

AND NOW, this 18th day of September, 2014, after consideration of the Stipulation of the parties dated this day, it is hereby

**ORDERED**

that all claims against defendants Wayne Jones, Keith J. Dietz and James Donnelly, are dismissed with prejudice.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge