IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL BRADBERRY | : | CIVIL ACTION |
| v. | : | |
| DOYLESTOWN BOROUGH, et al. | : | NO. 13-7032 |

## STIPULATION

The undersigned stipulate and agree that the plaintiff, Paul Bradberry, hereby withdraws all claims against defendants Wayne Jones, Keith J. Dietz, and James Donnelly, with prejudice.

**Paul Bradberry, Plaintiff**

BY: _____        DATE:    9/18/2014
Eric Gavin Marttila, Esq.
Counsel for Plaintiff


**Wayne Jones, Defendant**
**Keith J. Dietz. Defendant**
**James Donnelly, Defendant**

BY: _____        DATE:    9/18/2014
Christopher Paul Boyle, Esq.
Counsel for Defendants

Witnessed by
_____ USMJ
9/18/2014