IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL BRADBERRY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DOYLESTOWN BOROUGH | : | NO. 13-7032 |

### ORDER

AND NOW, this 19th day of September, 2014, it having been reported that the issues between plaintiff, Paul Bradberry and defendant, Doylestown Borough, have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is hereby

**ORDERED**

that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

BY:   /s/ Lisa Tipping
Lisa Tipping
Deputy Clerk
Magistrate Judge Thomas J. Rueter